# EXHIBIT D

Search

OVERVIEW POSTS COMMENTS ...

🏅 New ▾

r/ethtrader · Posted by u/got-your-back Developer 4 days ago  +JOIN

**Introducing Flow Protocol (FLOW)** FUNDAMENTALS

Hey r/ethtrader! I'm the developer behind the new 'self-distributing store of value' token, FLOW.

The narrative that BTC is the only 'true store of value' has always bothered me and I believe it can be done better on Ethereum. FLOW is my attempt to do that.

The Flow contract distributes inflation of FLOW tokens to all addresses holding it without the need for a single transaction. Inflation happens daily and does not require any action on the side of the FLOW token holder or any other parties. This method of inflation allows for the token to be applied to modern DeFi use cases without diluting the token holders.

Over a period of 10 years, inflation is reduced and ends with a capped supply of FLOW tokens. FLOW does not need to be staked or locked into a contract to receive inflation, therefore it can be applied to the full range of DeFi applications while still achieving its distribution target.

▲ 29 ▼  💬 9 Comments  ↗ Share  ...

myhaxdontwork 0 points · 3 days ago
FLOW blockchain is a real thing, but they did NOT release tokens on the Ethereum blockchain (or any tokens at all, to date). This post is 100% a scam. Also, F*ck you u/got-your-back. I hope you go bankrupt.

> got-your-back Developer 🎤 3 points · 3 days ago
> This token is not related to FLOW blockchain in any way. It is a new Ethereum token. If you took two seconds to read the post you would see that.
>
> Reply Share ...

r/CryptoMoonShots ⇄ Crossposted by u/got-your-back 3 days ago  +JOIN

**Introducing Flow Protocol (FLOW)** New coin/token

/r/etht... ⧉

r/ethtrader · Posted by u/got-your-back Developer 4 days ago
Introducing Flow Protocol (FLOW) FUNDAMENTALS

Hey r/ethtrader! I'm the developer behind the new 'self-distributing store of value' token, FLOW.

The narrative that BTC is the only 'true store of value' has always bothered me and I believe it can be done better on Ethereum. FLOW is my attempt to do that.