UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAPPER LABS INC.,

                                    Plaintiff,

-v-

EMILY GOETZ AND JOHN DOES Nos 1 to 25,

                                    Defendants.

21 Civ. 1289 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received an ex parte application from plaintiff Dapper Labs Inc. seeking a temporary restraining order and a preliminary injunction enjoining defendants Emily Goetz and John Does Nos. 1 to 25 from using the FLOW mark in connection with the sale, offering for sale, advertising, marketing, and promoting of Flow Protocol Token so to prevent the erosion of the goodwill associated with plaintiffs FLOW Mark. The Court declined to enter a temporary injunction without the benefit of a response from defendants and scheduled a telephonic hearing on Friday, February 19, at 10 a.m., for the purpose of determining whether to enter preliminary relief.  Dkt. 11.  The Court now orders Grant Gulovsen, Esq., who has held himself out as representing the developers of Flow Protocol, to attend this telephonic hearing.  The Court directs the plaintiff to serve this order on Mr. Gulovsen via email forthwith, and to file an affirmation of that service on the docket by tonight at 7:00 p.m.

      SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: February 17, 2021
           New York, New York