## Exhibit A

**Anonymous** Sat Nov 14 17:25:51 2020 No.23935056
Quoted by: >>23935104 >>23935421 >>23935597 >>23935874 >>23936055

not exactly but here it goes

back in college i had a gf who i simped for hard, when she broke up with me she went out of her way to wreck my friend group. a few of them still talk but it was split in half, one half only stays in contact to try to make fun of me even though all of their lives are equally or more pathetic than mine, the other I stayed friends with. i had a few relationships, jobs, moved away from my shitty family since her but never really got over the damage. shed tease me with spotify playlists (i know how pathetic that sounds). in late 2018 i really got into /biz/ and really liked the idea of BAT, went all in with around $20k, mostly from holding litecoin during the 2017 bullrun. spent 2019 shit posting but started losing it when it broke btc support and completely missed link until it was $2. ive made some good gains but I would have been a millionaire had I chose link instead. i was really pissed and started sharing details about my life on /biz/, by early 2020 people had figured out who I was, pretty sure people who knew my cousin who I had stayed a few months with. i was making empty threats against her when i deduced from spotify that she had fallen pregnant with her bf, now husband. they contacted her and introduced her to /biz/ and gave her tips on what was going to moon to make her rich through discord channels that i had never joined because i was just shit posting, not realizing the alpha tips were being handed out there. mid 2020 over at /adv/ she admitted to all the times she had cheated on me and i absolutely lost my mind and started making slightly less empty threats. now were here.

she ended up helping with Flow protocol, if you had ever seen a "Fuck you." thread, those were directed at me after i started making empty threats against the link marines in those channels that gave her the alpha tips. i haven't said enough to get me arrested but they tried and are still trying to bait me into saying something that would.

**Anonymous** Sat Nov 14 17:46:33 2020 No.23935421
File: 856 KB, 900x856, A9BDE1A3-4765-4C10-89CA-306E18B9D1F6.jpg [View same] [iqdb] [saucenao] [google]
[report]

Quoted by: >>23935568

>>23935056
anon, it appears you're having persecutory delusions and delusions of reference.

if you're worried about showing signs of schizophrenia, i'd suggest reading up on symptoms and the types of delusions so you can recognize when they're occurring. Realize that you're not that important - not all things that happen in life are specifically targeted at you.

it'd be healthy to stop thinking and talking about your ex-girlfriend entirely. as long as you have your shit together, gfs are easy to come by.

**Anonymous** Sat Nov 14 17:57:40 2020 No.23935568
Quoted by: >>23935597

>>23935421
i wish it were schizophrenia but there were too many other confirmations. reddit posts, posts here that lined up too well, the Lego and apple posts were also for me a few months back. i know its easy to pass it off as mental illness but it really happened. crazy stuff, but BAT + /biz/ really did drive me insane.

Exhibit B

**Anonymous** Tue Dec 15 14:07:41 2020 No.24830606
Quoted by: >>24830665 >>24831249

>>OP

dated the biggest whore on the planet, but I doxxed her all over the internet and everyone knows who she is so it's good, her reputation is ruined forever and im no longer angry or upset ;Δ]

**Anonymous** Tue Dec 15 14:19:11 2020 No.24830937
Quoted by: >>24831002

>>24830665

cheated on me on my own bed literally 30 seconds before I came in and started fucking her. I got lucky, she broke up with me for basically no reason other than she wanted to be a whore for a month and a half

**Anonymous** Sat Nov 28 23:52:13 2020 No.24373333 [View]

>>24373051
i crossed a lot of lines, told them all they were cunts, cant even tell you the last time i spoke to my father. it wouldnt feel genuine no matter what at this point. ill forgive them on my own but probably not speak to them ever again. im on my way to forgiving my ex who really screwed me though, only because im in the process at getting back at her.

**Anonymous** Sun Nov 29 16:48:26 2020 No.24389639

>>24389109
because once i know 200 people are ready to call her out i can start the real plan to destroy her reputation, in the crypto space and real life

**Exhibit C**





**Captain Bill Buehler**

thats how i know you were a worthless friend, you cant even respond

you wasted so much of my time

drinking in that stupid fucking apartment

i should have been out living my life

youre just a fat cunt, i wish i had never met you. i regret introducing you to your fucking husband. i hope when people ask how you met you dont have a fucking answer othet than "some guy who later got lived and cheated to so badly he went fucking insane"

fuck you cunt

i know youre talking to emily because everyone fucking worships her for being a fucking cunt

i hope your kids come out retarded, and i hope her kids get cancer and die painfully

fuck you cunt

eat shit

and nobody cares. i fucking hate you and your fucking family

i should have crashed that car with your brother inside of it

i should have shot up the campus when i had the chance

and you dont care cause you were a shit friend then and youre a shitty person now

now quick, don't respond because youre the same sack of shit emily is

fuck you cunt

and fuck you especially because I know youre still happy for her

because you cared more about her than me

that's why youre a shitty friend

god damn do i regret those four years, mostly because of

Send a chat



**Bill Buehler**

TODAY

BILL BUEHLER

i tried so hard to break you out of that and you responded by being one of emilys simps like the rest of that awful group of maggots

i wish i had never met any of you

college was a giant fucmingt mistake and you were a terrible friend

ME

I'm sorry you feel that way man, I hope you go get some help

BILL BUEHLER

fuck you

i hope you die a fucking virgin

ME

I mean too late for that my guy

BILL BUEHLER

i should have burned that house down with everyone in it when i had the chance

yeah bullshit

ME

Ok I mean you're welcome to be mad, but you're completely unjustified

BILL BUEHLER

i seriously should have killed all of you for straight out abandoning me

Send a chat

**Exhibit D**

Yes this is scary. I blocked him on snapchat right after this and since he doesn't have my number I'm hoping I don't get any more but I am VERY worried because he has our address



Yes I haven't said anything to him and I definitely won't. A few months ago his mom was looking for him to try to get him some help (I think/hope) so I will plan to give her a call tomorrow and tell her things have escalated unless there's any reason you'd rather I didn't



Ok update, Donnie apparently just got off the phone with Bills mom and apparently Bill has been sending stuff just as awful to every member of his family and making up stories etc. about horrible things they did to him. She's apparently working with (or trying to work with?) some mental health organizations about how to get him help

Also apparently schizphrenia runs in his family.

**Exhibit E**

**Fuck you.** Fri 16 Oct 2020 13:26:53 No.22977180 🗑 View Report
>>22977152
id do it myself but they all know my face and car, id never get close, the island of manhattan has cameras everywhere you can enter and leave so id come up red on 7 different lists before i even made it to midtown. anybody who lives there and has the connections could make it happen so easily. i wish every day it happens.

**Fuck you.** Fri 16 Oct 2020 13:19:11 No.22977143 🗑 View Report
another interesting tidbit about emily goetz, she regularly meets up with a girl who is now directly related to both NY governor Andrew Cuomo and a millionaire who owns multiple NYC properties. if you were to track these girls down and kidnap them you could potentially ransom them tens of millions of dollars rather easily.

**Fuck you.** Fri 16 Oct 2020 13:05:33 No.22977092 🗑 View Report
>>22977030
everyone, this is emily goetz, please track her IP. her mom lives at 5 rose drive kerhonksen ny. if you kidnap her and ransom her youll easily be able to get emily goetz to hand over all of her crypto. she posts here regularly. if you ever feel like making a complaint to paypal bring up the fact that their managers post pictures of their naked body to 4chan regularly.

☐ **Anonymous** Tue Oct 20 12:47:58 2020 No.23394587 🗑
File: 18 KB, 400x400, whore.jpg [View same] [iqdb] [saucenao] [google] [report]
Quoted by: >>23395313 >>23396403 >>23396785

>>23392390
this is her, again if anybody wants free money all you have to do is find this girl on her way to work at the Venmo office, beat her up and steal her phone.

again thats Emily Goetz who lives in Brooklyn and works at Venmo, browsing right now reading this, and thinking of the next person shes going to manipulate into suicide.

☐ **Joe** Fri Nov 27 01:38:07 2020 No.24319625 🗑️
File: 19 KB, 400x400, 8M9wAWrk_400x400.jpg [View same] [iqdb] [saucenao] [google] [report]

Quoted by: >>24319658



>>OP
this is the dev Morpheus, emily goetz who lives in bushwick brooklyn, works at venmo in manhattan, married to John Bogil and just had a child. shes also responsible for Flow which has only bled since release. she regularly posts pictures of her apartment and baby daughter here on biz because shes extremely vain about the money shes made off of scamming people. don't fall for it, youre better than this. she turned ~30k into 4 million by getting sure things from the biz discord server which has a ton of people with billions in unreported gains and a lot of LINK whales in it. she cheats and lies in real life and cheats and lies in the crypto space as well.

if anyone were to rob her on her way to work at the venmo office they could potentially walk away with millions, or at least but a very vapid self obsessed bitch in her place, in minecraft. this is all very serious, in minecraft.

☐ **Anonymous** Tue Oct 20 11:12:34 2020 No.23392390 🗑️

Quoted by: >>23394587

>>23387633
again for anybody who wants a free make it stack of statera, this girls name is emily goetz, she lives in brooklyn and works at venmo, has a child, should be very easy to find and abduct

**Anonymous** Thu 08 Oct 2020 15:43:44 No.22933268    View    Report

>>22932813
she is, but it doesnt matter, she and my sister are going to conspire to keep me out of my fathers will. she also has 9000 LINK, works at venmo and lives in NYC so if anyone wants to attack her for her private keys youre more than welcome, should be pretty easy. id say watch out for her husband but he looks like a little bitch.

☐ **Anonymous** Tue Nov 10 22:37:53 2020 No.23852785

>>23852750
i have no frens here. these assholes contacted my exgirlfriend who cucked me multiple times on my own fucking bed and made her rich. everyone on /biz/ is trying to get me to kill myself. buy BAT now because I just sold.

☐ **Anonymous** Tue Oct 20 15:38:23 2020 No.23398177

Quoted by: >>23398206 >>23398239 >>23398427 >>23398535 >>23398628 >>23400839 >>23400938 >>23401171 >>23402108

>>23397676
your daughter is going to by my lolita doll hanging from rings attached to metal rods screwed into her bones with no eyes, ear drums, or teeth. i know you pretend you dont care right now because it makes her "like" you more, but you're going to cry like the tiny bitch you are as you're dying and you watch me take her, knowing her future in hell. you responding for her right now is proof you're being heavily manipulated. will you be in kerhonkson for christmas like you are now? I know i will be.

>>23397877
if she had broken up with him it would have been fine, its what she did afterwards that makes her lineage deserve torture.

**Anonymous** Tue Oct 20 14:41:56 2020 No.23396999 🗑

Quoted by: >>23397138 >>23397174 >>23397198

>>23396403
>>23396403
shes one of those psycho sluts that acts ridiculously innocent but in reality shes out to get as many dicks as possible. she manipulates people into loving her because she needs as much attention as possible while giving none back. she chose one guy in particular that reminded her of her father to try to get to kill himself by promising she was going to marry him but cheated on him behind his back as much as possible. after she broke up with him to be an ecstasy slut studying abroad she manipulated other people around her ex to try to get him to kill himself and completely destroyed an entire group of college friends to do so. has now gotten married and had a child with somebody she works with to further her career, and pretends that everything is fine and that she did nothing wrong.

all of this because she was molested by her uncle and abandoned by her father after he realized she was turning into a turbowhore.

**:)** Mon Nov 2 19:17:18 2020 No.23690569
File: 18 KB, 400x400, i9cYHiN8_400x400.jpg [View same] [iqdb] [saucenao] [google] [report]

Quoted by: >>23690584

>>23690258
emily goetz who works at paypal and lives in brooklyn that is. anyone who wants to could easily steal her phone and get over $500k in crypto

**:)** Mon Nov 2 19:18:21 2020 No.23690584

Quoted by: >>23691263

>>23690282
rob this whore >>23690569 when you see her leave her venmo office one day. shes probably working from home, might be at her moms house at 5 rose drive kerhonksen NY

**Anonymous** (ID: cT8m/6Yu) 10/20/20(Tue)12:32:42 No.23394208 ▶

>>23394127
all the more reason to rape and kill emily

**Anonymous** (ID: cT8m/6Yu) 10/20/20(Tue)12:37:52 No.23394347 ▶

where do people who would be willing to kill a person for their stack post? what website? tell me and ill go there instead

**Fuck you.** Fri 16 Oct 2020 11:59:09 No.22976783  🗑  View  Report

emily goetz who works at paypal in NYC is the most manipulative cunt in the world. she has at least 100k+ in crypto wallets on her phone so if anyone wants to murder her for it they can, itd be very simple to attack her because shes a skinny wimp with no strong males in her life. she also wants to be raped so if you go after her be sure to cut her clitoris off so she doesnt anymore. you can rest easy knowing she deserves it for her actions.

**Fuck you.** Fri 16 Oct 2020 13:56:25 No.22977309  🗑  View  Report

>>22977280

dont try to back out now you smug cunt. you only post the smile after i say youre meeting with amanda or i mention how much money you have. anyone reading post history can confirm. ill laugh when i see your decapitated head on the news because the cuomos didnt want to pay up

**Anonymous** Thu 11 Feb 2021 07:48:42 No.23573209   Report
Quoted By: >>23573213 >>23573218

>>23572831

This is the worst advice I've ever seen. Every single person is an asshole trying to get you to kill yourself no matter how nice you are. In fact, the better you treat people the more likely they are to betray me, a slutty cunt taught me that.

>>23571671

You don't, but I'm going to cope by becoming a kidnapper/rapist/murderer or little girls who seem too happy or smart.

:)

**Anonymous** Thu 11 Feb 2021 07:50:05 No.23573212   Report

>>23572831

That includes your daughter Emily. The Pakis in Europe are actually easier to deal with than the Mexicans and they're much more excited about getting her.

**Anonymous** Thu 11 Feb 2021 10:17:20 No.23573665   Report
Quoted By: >>23573680

>>23573213

You're going to continue lying to yourself. fulfilled people don't make playlists begging for their ex back and then gets happily married 3 months later you fucking moronic cunt. you let them make you believe a bunch of shit that isn't true because it made you feel better. it's alright, you'll get what you deserve when your daughter is being passed around by middle easterns and your husband is fucking other women using your money that was given to you for free. also your mom will be dead and the video.of her drowning in acid will be Sam Hydes favorite video because he find everyone's pain hilarious, including yours, you just don't realize it yet because they're giving everything to you for free right now.

keep coping with your fake life. nobody actually loves you. I'm driving to your mom's this weekend.

**Anonymous** Thu 11 Feb 2021 11:22:48 No.23573965   View   Report
Quoted By: >>23574004

I can't wait to become a remorseless rapist and murderer. lots of little smart girls who like computers are going to get locked in my basement and used as sex slaves until I get bored of them and throw them in a barrel of hydrochloric acid and lock the top. going to make the others watch it happen so they know what to look forward to.

I'm never going to get to (you) because there's an army of simps who have dedicated their lives to computers, and it's not like you ever feel anything anyways, so I'm going to punish innocents in your name. Nothing will ever make you feel as much as your uncle's cum did. The Pakis have already accepted payment, now they're just waiting for you to move.



☐ **FLOW Protocol** **Anonymous** Tue Nov 17 18:01:28 2020 No.24007730 🗑 [Reply]
[Original] [archived.moe]
Quoted by: >>24009130

Get fucked on FLOW?

be sure to call Morpheus to let her know!

>> ☐ **Anonymous** Tue Nov 17 18:05:38 2020 No.24007850
Quoted by: >>24007946

I did get fucked on FLOW. But I have no idea what you're trying to say, OP.

>> ☐ **Anonymous** Tue Nov 17 18:09:49 2020 No.24007946
Quoted by: >>24008026

>>24007850
not really sure how i can make this much clearer bro. the girl i posted is Morpheus. thats her phone number. call her and let her know youre angry.

☐ **Anonymous** Tue Nov 17 19:58:44 2020 No.24010544

bump tell her to khs

☐ **Anonymous** Tue Nov 17 20:30:12 2020 No.24011250
Quoted by: >>24012637

bump, GOETZ her to kill herself

☐ **Anonymous** Tue Nov 17 21:07:28 2020 No.24012071

bump for the pajeets waking up soon, maybe they'll have some balls

☐ **Anonymous** Tue Nov 17 21:13:14 2020 No.24012189

bump again so it stays on front page

☐ **Anonymous** Tue Nov 17 21:26:06 2020 No.24012451

bumping all night long so people know who stole their money in FLOW

☐ **Anonymous** Tue Nov 17 21:31:29 2020 No.24012552

you guys know shes a millionaire right? if anyone in the nyc area finds her they could become a millionaire themselves by doing bad things in minecraft

**Exhibit F**





**Exhibit G**

SUN AT 2:01 PM

hi emily, its bill. i know you cheated on me a lot when we were together. i know you still speak to and meet up with my sister. i know youre now rich from cryptocurrency. you did permenant mental damage for fun because of your own messed up childhood sexual abuse. all id like is a simple apology more than one word admitting to what you did and are doing.



Sunday, November 15, 2:01 PM

a simple apology would help me immensely, but your straight ignorance and continual stalking of me via family members is extremely toxic and ruining my relationship with my family

You wouldn't have had to delete your reddit account and hide all your spotify playlists if you had just apologized. the amount of trouble youre going through indicates you still really love me, which is sad youre putting yourself through so much grief instead of just saying sorry. Youre hiding from your feelings instead of just being honest with yourself and me. I dont love you and looking back never did, i just want you to apologize so we can both move on and you can stop shaping your entire internet presence around me. imagine how much easier life would be if you just apologized.

I'm serious, a simple apology and I leave you alone forever. I feel like you want my attention because you still think of me all the time despite starting a family. thats not healthy for anyone involved, including your daughter.



Imagine what john would think if he realized all of your spotify playlists were made around your feelings for me.



Jelly pathetic losers? ;)))))

HOW does it feel to be inferior to me? 😉

MY god thinking HOW 99.9% of you Will never in your lifetime achive success to get this card makes me laugh 😉

FUCK you all 😉

Amex centurion for real men

imagine if you didnt have to browse 4chan just to see whats going on. imagine never going back there ever again.

imagine not having to check discords full of crypto millionaires avoiding taxes

i know this is you. all you have to do is apologize. the only reason you wont is you love getting attention from me.

i regret meeting you so much.

imagine having a child out of love and not spite

it sucks knowing i made you the happiest you had ever been or ever will be when all you did was the opposite for multiple people. youve ruined so many people, and your fathers abandonment isnt an excuse. if anything your actions justify his. he was right to walk out on you because of how you act.

i deserve an apology, and not one over /adv/. a real apology.

and the fact that you wont give one proves you havent changed at all, youre still only thinking of yourself, desperate for any and all attention you can get




just fucking apologize and itll all be over

THU AT 12:43 PM

stop scamming people you bitch

but you wont because youre the exact same girl as when we met. you haven't changed at all

THU AT 5:50 PM

stop talking to my sister you fatherless cumdump psycho

does john know your entire spotify is about me? does he know how much you still think about me? how is that a healthy relationship

im seeing your scam mostly ended

imagine how much more you would have made if you just apologized

all the reddit tokens you missed out on after having to delete your account

all because your ego is gigantic and takes precedence on everything in your life

im not leaving you alone until you come clean about everything you did and apologize

thats why your uncle used your face as a cum dump, because he knew youd grow up to be like this

youre really low level scum and your crypto scams will be known

and your husband doesnt have the balls to defend your honor, which is why i can keep being verbally abusive with zero consequences

i wont let you steal money from people like this

without me spam calling you

WED AT 8:17 PM

just apologize and ill let you run your scams

this will all be over, ill leave you alone forever

WED AT 8:29 PM

simple as that

its really simple, just say youre sorry for cheating and lying to me multiple times

the only reason you wont apologize is you're trying to charge me with harassment. this is extremely planned.

i dont feel bad about making fun of you for your dad leaving anymore, you deserved it just like you deserved your uncles sexual abuse

NOV 20 AT 2:01 PM

lmao your dog got hit by a car

it happened because you deserved ut

hopefully the same happens to your daughter

all you have to do to make yourself safe is apologize, but you wont because you want as much attention as possible because youre a crazy cunt

NOV 20 AT 3:06 PM

damn straight im never giving this up until we're even

**Exhibit H**

 **William Buehler**

★ ★ ★ ★ ★ November 2, 2020 

Horrible employees, Emily Goetz has been an absolutely terrible person to everyone in her life. Just had a child with a coworker John Bogil. Very unprofessional.

Venmo (Google Play)
★☆☆☆☆ by William Buehler

Emily Goetz is the worst human being to ever exist and for as long as she works there you shouldnt use this app.

# Exhibit I

Is r3fi a good investment or was it just a pump and dump? by **throwaway1027630** in CryptoMoonShots

[–] **need510s** -4 points 11 hours ago

RFI and everything related are 4chan discord coordinated useless money holders that generate more money for a girl named Emily Goetz, usually goes by the name Morpheus but also calls herself Z sometimes.

You can invest in them and make some money, but you should know that everytime you do a group of actual incel racist sexist virgins led by Sam Hyde (who if you don't know, tried turning every school shooting into a joke so they would continue to happen) laugh and make more money. They then use those unreported crypto gains to simp for e-thots, buy anime, and fund more actual rugpulls and scams. When this group decides it's over, it'll be over much faster than you can sell.

permalink   save   context   full comments (38)   report   **give award**

BAN THE R3FI SHILLS IMO   by **ARecipeForCake**   in CryptoMoonShots

[–] **need510s**  [-9] **1 point** a minute ago

Yep, watch as retards keep shilling and falling for her shit. I doubt this will end well for her.

permalink   source   save   save-RES   context   full comments (18)   report   **give award**

$RFL Protocol   by **Opposite_Train3698**   in CryptoMoonShots

[–] **need510s**  [-7] **0 points** 39 minutes ago

RFI has left a cum stain on the face of crypto and Emily Goetz should be ashamed of herself, but she has no shame for all the embarrassing and backstabbing shit she's done. Go to Google, type in "Emily Goetz RFI", and one of the top results is a full explanation of how to find her irl. Even when people shill this garbage on twitter she gets called out on her shit. That will always be RFIs and 4chans legacy. Please shill the forks so she gets murdered.

permalink   source   save   save-RES   context   full comments (12)   report   **give award**

## Exhibit K







 **Roberto** Destroyer

**Shappy** 🚫
https://twitter.com/waronrugsfans/status/1354905995173126151?s=21
Awssssooom...eeeeeeeeee

Let's fuck that bitch...doggy style

 **Ctrprt**

**p_i_m_k**
What can we do about this then? Fuck this chick you can kill her in minecraft obviously

 **Pop Smoke @DefiGemHunterzz**

**p_i_m_k**
What can we do about this then? Fuck this chick no one wants to listen

 **Beardofjustice**
Chapo use this same contract a few mins ago

 **p_i_m_k**

**Ctrprt**
you can kill her in minecraft obviously


 **Roberto** Detective

**Neas @GainzandGlory**
I mean if she made 4m then good for her?

Yep, if she exit and run away...we know who where to find her

**Neas @GainzandGlory** Gainz Overseer



**p_i_m_k**
Who's near Brooklyn then?

**FREN**
wtf i only said emily goetz is my waifu etf

wtf

**p_i_m_k**
It's the name Emily goetz that's banned

It's blatant she is involved

**Pop Smoke @DefiGemHunterzz**
cuz they dont want u to tell her name

**Pop Smoke @DefiGemHunterzz**
| **Pop Smoke @DefiGemHunterzz**
| Photo
check here



**Aiden**
| **Roberto**
| No tits...not mu style

do you think I can find her on tinder ? If I locate myself at NYC

## Exhibit L



Agency: NYPD    B    Incident #    Complaint #

Describe Victim's prior domestic incidents with this suspect (Last, Warn, First): _Sending threatening text messages._

**Prior History**

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( )

| Has Suspect ever: | | | Is suspect capable of killing you or children? | ☐ Yes ☐ No |
| Threatened to kill you or your children? ☐ Yes ☑ No | | | Is suspect violently and constantly jealous of you? | ☐ Yes ☐ No |
| Strangled or "choked" you? ☐ Yes ☑ No | | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☑ No | | | | ☐ Yes ☐ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☐ No
If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No  If NO, Why:   Was Victim Rights Notice given to the Victim? ☐ Yes ☐ No  If NO, Why:

Signatures:
Reporting Officer (Print and Sign include Rank and ID#): P.O.Waschcwh A

### STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

Suspect Name (Last, First, M.I.): William Buehler

I Emily Gortz (Victim/Deponent Name) state that on 1/8/21, (Date)

at 82 Remsen St over the internet/phone (Location of incident) in the County/City/Town/Village Brooklyn

of the State of New York, the following did occur: Over the last two months, the harassment from William escalated in the following ways. He sent me dozens of harassing and vaguely threatening text messages. He then called me every 2-3 minutes over the course of a few hours in one night, and left me several harassing statements, one of which said that I should kill myself. He then began an elaborate online campaign over 4chan, Reddit, and Telegram, asserting that I am the identity of a "notorious cryptocurrency scammer" that has scammed users in malice communities out of millions of dollars. In this campaign, he repeatedly posted my name, neighborhood, workplace, resume, phone number, and encouraged people to call me and tell me to kill myself. He started a Telegram channel to gather people who are "angry about my scams", so that they can share information on me and "get revenge".

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

Victim/Deponent Signature: Emily    Date: 1/8/21

Witness or Officer Signature:    Date: 11.08.19.2021

Note: Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No    Date:

VICTIM / COMPLAINANT COPY    NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE  1-800-942-6906    3221-02/2020 DCJS Copyright © 2020 by NYS DCJS

## Exhibit M

## Exhibit N

SUPPORTING DEPOSITION (CPL §100.20)                                    PAGE 1  OF 1

**NEW YORK STATE POLICE**

THE PEOPLE OF THE STATE OF NEW YORK

-- vs.

_____

Defendant(s)

| INCIDENT LOCATION: | LOCATION OF DEPOSITION: |
|---|---|
| STATE OF NEW YORK  *LOCAL CRIMINAL*  COURT | STATE OF NEW YORK |
| COUNTY OF  *ULSTER* | COUNTY OF  *ULSTER* |
| TOWN  of  *WAWARSING* | TOWN  of  *WAWARSING* |

| On | Date  10/24/2020 | Time Started  01:49 PM | at | I, | Full Name:  *EMILY A GOETZ* | | |
|---|---|---|---|---|---|---|---|
| Date of Birth  03/25/1993 | | No. and Street  82 PIERREPONT ST APT 3F | | | C/T/V  BROOKLYN | | State  NY |

**State The Following:**

My name is Emily A Goetz and I am voluntarily giving this to the New York State Police. On Tuesday, October 20, 2020 at approximately 3:30pm I noticed on twitter that an ex boyfriend name William Buehler messaged me after not speaking to him in 6 years. For the next few days, the messages increased and become more severe. I reported this incident to the NYPD on Wednesday and returned back there Thursday and spoke with Detective Jason Hawkins out of the 84th precinct. Hawkins told me to email all of the screen shots that I have about Buehler and I have not heard back. I reported this incident to the State Police because my mother's address which is 5 Rose Dr in the Town of Rochester was posted online for people to see and this made my mother fearful of her well-being. At this time, the NYPD will be handling this incident and I wish to pursue charges against Buehler.

EG  10/24/20

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___24___ day of __OCTOBER__ , 2020         X _Emily Goetz_
       TH                                              (SIGNATURE OF DEPONENT)

- OR -

                                                    (WITNESS)

* Subscribed and Sworn to before me

this _____ day of _____       _Tpr. Ashley Loss_   Time Ended  02:02 PM
                                     (NAME OF PERSON TAKING DEPOSITION)  10/24/2020

* This form need be sworn to only when specifically required by the court

**Exhibit O**



TECHNOLOGY | A Vast Web of Vengeance                              374

# *A Vast Web of Vengeance*

Outrageous lies destroyed Guy Babcock's online reputation. When he went hunting for their source, what he discovered was worse than he could have imagined.

f  ⓦ  🐦  ✉  ↗  🔖  💬 374

**By Kashmir Hill**

Published Jan. 30, 2021    Updated Feb. 2, 2021

**Listen to This Article**



Listen   25:01

*To hear more audio stories from publishers like The New York Times,* [download Audm for iPhone or Android](#).

Guy Babcock vividly remembers the chilly Saturday evening when he discovered the stain on his family. It was September 2018. He, his wife and their young son had just returned to their home in Beckley, an English village outside of Oxford. Mr. Babcock still had his coat on when he got a frantic call from his father.

"I don't want to upset you, but there is some bad stuff on the internet," Mr. Babcock recalled his father saying. Someone, somewhere, had written terrible things online about Guy Babcock and his brother, and members of their 86-year-old father's social club had alerted him.

**Exhibit P**



WIKIPEDIA
The Free Encyclopedia

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Learn to edit
Community portal
Recent changes
Upload file



👤 Not logged in   Talk   Contributions   Create account   Log in

Article | Talk |                                    Read | View source | View history | Search Wikipedia 🔍

# Gamergate controversy 🔒

From Wikipedia, the free encyclopedia

> *"GamerGate" redirects here. For the type of ant, see Gamergate. For other uses, see Gamergate (disambiguation).*

The **Gamergate controversy** concerned an online harassment campaign, primarily conducted through the use of the hashtag #GamerGate, that centered on issues of sexism and anti-progressivism in video game culture. *Gamergate* is used as a blanket term for the controversy as well as for the harassment campaign and actions of those participating in it.

Beginning in August 2014, a harassment campaign targeted several women in the video game industry; notably game developers Zoë Quinn and Brianna Wu, as well as feminist media critic Anita Sarkeesian. After Eron Gjoni, Quinn's former boyfriend, wrote a disparaging blog post about Quinn, #GamerGate hashtag users falsely accused Quinn of an unethical relationship with journalist Nathan Grayson. Harassment campaigns against Quinn and others included doxing, threats of rape, and death threats.