UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAPPER LABS, INC., | |
| Plaintiff, | |
| v. | 21 Civ. 1289 (PAE) |
| EMILY GOETZ AND JOHN DOES Nos 1 to 25 | |
| Defendants | |

### AFFIDAVIT OF SERVICE

I, Emily Goetz served copies of defendant Emily Goetz's affidavit, defendant's opposition to plaintiff's order for preliminary injunction and restraining order and supporting documents to plaintiff's attorneys electronically.

Signed under the pains and penalties of perjury,

*[signature: Emily G]*
Emily Goetz

This 17th day of February, 2021