AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| DAPPER LABS INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-cv-01289 |
| EMILY GOETZ and JOHN DOES Nos 1 to 25, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Emily Goetz
82 Pierrepont St.
Apt. 3F
Brooklyn, NY 11201-2406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anne C. Lefever
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/12/2021    /s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01289-PAE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Emily Goetz

was received by me on *(date)* 02/16/2021 .

☑ I personally served the summons on the individual at *(place)*
Emily Goetz (personally) on *(date)* 02/16/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/17/2021

*Server's signature*

John Brodsky - Process Server
*Printed name and title*

22 West 48th Street (#1006) - NY, NY 10036

*Server's address*

Additional information regarding attempted service, etc:

Service was performed at: 82 Pierrepont Street (Apt. #3F) - Brooklyn, New York 11201-2406
Service was perfected @ 11:45 AM (EST)
Emily Goetz is described as: White / Female / Brown Hair / Brown Eyes / 5' 4" / 120 lbs. / 25-30 years old
I also served various documents in which I have attached a list hereto:

Scanned with CamScanner

Civil Action No. 1:21-cv-01289-PAE

## Proof of Service (Attachment)

List of Documents Served with Summons:

1) Individual Rules And Practices In Civil Cases – Paul A. Engelmayer (United States District Judge)
2) Memorandum Of Law In Support Of Plaintiff's Order To Show Cause For Temporary Restraining Order And Preliminary Injunction
3) [Proposed] Order To Show Cause For Temporary Restraining Order And Preliminary Injunction
4) Declaration of Roham Gharegozlou In Support of Plaintiff's Order To Show Cause For Temporary Restraining Order And Preliminary Injunction
5) Declaration of Vijay K. Toke In Support of Plaintiff's Order To Show Cause For Temporary Restraining Order And Preliminary Injunction
6) Complaint For: (1) False Designation of Origin (15 U.S.C. §1125(a)(1)); (2) Violation of Anticybersquatting Consumer Protection Act (15 U.S.C. §1125(d)); (3) Common Law Trademark Infringement; (4) Common Law Unfair Competition
7) Civil Cover Sheet
8) Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark
9) Rule 7.1 Statement
10) Individual Practices In Civil Cases – Magistrate Judge Sarah L. Cave
11) Electronic Case Filing Rules & Instructions
12) Emergency Individual Rules And Practices In Light Of COVID-19 – Sarah L. Cave, United States Magistrate Judge
13) Emergency Individual Rules And Practices In Light Of COVID-19 – Paul A. Engelmayer, United States District Judge
14) Signed Order – February 12, 2021

15) Exhibits A-K to Complaint, Exhibits 1-4 to Declaration of Roham Gharegozlou, and Exhibits 1-8 to Declaration of Vijay K. Toke

*John Brodsky – Process Server*
22 W. 48th Street (#1006) – NY, NY 10036

Scanned with CamScanner