UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAPPER LABS INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EMILY GOETZ and JOHN DOES Nos 1 to 25,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01289-PAE<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT EMILY GOETZ WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Dapper Labs Inc. ("Plaintiff") voluntarily dismisses all claims against defendant Emily Goetz ("Defendant Goetz") in the above-captioned action, <u>without</u> prejudice. Plaintiff, however, maintains the claims for relief against John Does Nos 1 to 25 alleged in the Complaint (ECF Dkt. No. 1). This Notice has been filed before Defendant Goetz served either an answer or a motion for summary judgment.

Dated:  February 18, 2021          PILLSBURY WINTHROP SHAW PITTMAN LLP


　　　　　　　　　　　　　　　　　　By:  　/s/ Vijay K. Toke　

　　　　　　　　　　　　　　　　　　Anne Lefever
　　　　　　　　　　　　　　　　　　31 West 52nd Street
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　Tel No. +1.212.858.1000
　　　　　　　　　　　　　　　　　　Fax No. +1.212.858.1500
　　　　　　　　　　　　　　　　　　Email: anne.lefever@pillsburylaw.com

　　　　　　　　　　　　　　　　　　Vijay K. Toke (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Four Embarcadero Center, 22nd Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA  94111-5998
　　　　　　　　　　　　　　　　　　Tel No. +1.415.983.1000

4815-4215-7021.v4

Fax No. +1.415.983.1200
Email: vijay.toke@pillsburylaw.com

Stacie O. Kinser (*Pro Hac Vice Forthcoming*)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel No. +1.415.983.1022
Fax No. +1.415.983.1200
Email: stacie.kinser@pillsburylaw.com

Alekzandir Morton (*Pro Hac Vice Forthcoming*)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Tel No. +1.415.983.1216
Fax No. +1.415.983.1200
Email: alekzandir.morton@pillsburylaw.com

*Attorneys for Plaintiff Dapper Labs Inc.*

2

4815-4215-7021.v4