UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAPPER LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EMILY GOETZ and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01289-PAE<br><br>**CERTIFICATE OF SERVICE** |

     I hereby certify that on the 18th day of February 2021, a copy of the Notice of Voluntary Dismissal (ECF No. 22) has been served by overnight mail on the following party.

EMILY GOETZ
82 Pierrepont St.
Apt. 3F
Brooklyn, NY 11201-2406

Dated: February 18, 2021

                                                  /s/ Vijay K. Toke
                                                  Vijay K. Toke