UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAPPER LABS INC., | 21 Civ. 1289 (PAE) |
| Plaintiff, | |
| -v- | ORDER |
| JOHN DOES Nos. 1 to 25, | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On February 19, 2021, plaintiff Dapper Labs, Inc., after bring suit against Emily Goetz, voluntarily dismissed Ms. Goetz as a defendant in this case. Dkt. 26. This order memorizes the Court's finding – with which all parties, including Dapper Labs, agree – that she was wrongly named as a defendant in this suit. In fact, Dapper Labs has acknowledged that it lacks any basis to believe that Ms. Goetz engaged in any conduct at all with respect to it, and has apologized to Ms. Goetz for errantly naming her as a defendant. Dapper Labs' inclusion of Ms. Goetz in this lawsuit appears to have been based on vindictive social media postings about her by a third party which Dapper Labs now acknowledges were false. The Court issues this Order to assist Ms. Goetz to respond in the event of future inquiries about the circumstances of this lawsuit.

SO ORDERED.

                                                                       _____
                                                                       PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: February 23, 2021
            New York, New York