UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAPPER LABS INC.,

                                  Plaintiff,

            -v-

JOHN DOES Nos 1 to 25,

                               Defendants.

21 Civ. 1289 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Clerk of Court is respectfully directed to amend the caption of this case to reflect the caption above.

    SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 11, 2021
         New York, New York