UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAPPER LABS INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES Nos 1 to 25, <br><br> Defendants. | Case No. 1:21-cv-01289-PAE |

**ORDER APPROVING SETTLEMENT AND RETAINING**

**JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

1. On March 15, 2021, Dapper submitted a letter to this Court stating that the Parties had reached a tentative settlement (ECF Dkt. 40);

2. On March 16, 2021, the Court issued an order dismissing this action without prejudice. (ECF Dkt. 41). The Court's order further stated that, "if the parties wish for the Court to retain jurisdiction for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court" by April 15, 2021.

3. The Court's Order further stated that, "[p]er Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record".

4. The Parties and Grant Gulovsen, counsel for the John Does, entered into a Settlement Agreement and Release on April 12, 2021 (the "Settlement Agreement").

5. Paragraph 19 of the Settlement Agreement provides that the Parties agree to submit to

the jurisdiction of the United States District Court for the Southern District of New York, the Honorable Judge Paul A. Engelmayer, for any claim or controversy arising from or related to the Settlement Agreement, including but not limited to actions to enforce the Settlement Agreement.

6. Paragraph 22 of the Settlement Agreement provides that the Parties agree to keep the terms of the Settlement Agreement confidential because of the confidential and unusual nature of a number of the terms of the settlement. Accordingly, the Court authorized Plaintiff to file the Settlement Agreement with specific confidential terms redacted, but otherwise required Plaintiff to publicly file the Settlement Agreement.

7. On April 15, 2021, Plaintiff filed a letter brief submitting the Settlement Agreement with the redactions authorized by the Court. (ECF Dkt. No. 43). As per the Court's instructions, Plaintiff also filed unredacted versions of its letter and the Settlement Agreement. (ECF Dkt. No. 44).

8. The Court has now reviewed the unredacted Settlement Agreement, hereby approves the Settlement Agreement and incorporates its terms by reference into this Order, and hereby retains jurisdiction over enforcement and interpretation of the Settlement Agreement.

IT IS SO ORDERED.

Dated: New York, New York
April 15, 2021

_____
Hon. Paul A. Engelmayer
UNITED STATES DISTRICT JUDGE